Glenn J. Plattner, California Bar No. 137454
M. Angela Buenaventura, California Bar No. 264130
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
E-Mail: glenn.plattner@bryancave.com
buenaventuraa@bryancave.com

Attorneys for Defendants
Bank of America, N.A., ReconTrust Company, N.A., Mortgage Electronic Registration Systems, Inc., Renee Friedman, and Martha Munoz

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORA BEATTY & THOMAS BEATTY, as, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA N.A., a Delaware Corporation; RECONTRUST COMPANY N.A., a Delaware Corporation; RENEE FRIEDMAN, an Individual; ANGELICA ORTIZ, an Individual; MARTHA MUNOZ, an Individual; EVETTE OHANIAN, an Individual; and DOES 1 THROUGH 10 INCLUSIVE, <br><br> Defendants. <br><br> Defendants. | Case No. 2:12-cv-02245-MWF (Ex) <br><br> [Assigned to the Honorable Michael W. Fitzgerald, Dept. 1600] <br><br> **ORDER ON STIPULATION OF DISMISSAL OF ACTION** <br><br> Complaint Filed: March 16, 2012 <br> Trial Date: Not Assigned |

1  The Stipulation of Dismissal of Action Pursuant to Federal Rule of Civil
2  Procedure 41(a)(1)(A)(ii) between Plaintiffs Delora and Thomas Beatty
3  ("Plaintiffs"), on the one hand, and defendants Bank of America, N.A., ReconTrust
4  Company, N.A., Mortgage Electronic Registration Systems, Inc., Renee Friedman,
5  and Martha Munoz ("Defendants"), on the other hand, was filed on August 6, 2012.
6  Having read and considered the Stipulation, the Court ORDERS that the
7  above-referenced action is dismissed in its entirety without prejudice.
8  IT IS SO ORDERED.

10 DATED: August 7, 2012

   _____
   U.S. DISTRICT COURT JUDGE
   HONORABLE MICHAEL W.
   FITZGERALD

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386