Glenn J. Plattner, California Bar No. 137454
M. Angela Buenaventura, California Bar No. 264130
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California  90401-2386
Telephone:   (310) 576-2100
Facsimile:    (310) 576-2200
E-Mail:       glenn.plattner@bryancave.com
              buenaventuraa@bryancave.com

Attorneys for Defendants
Bank of America, N.A., ReconTrust Company, N.A., Mortgage Electronic
Registration Systems, Inc., Renee Friedman, and Martha Munoz

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORA BEATTY & THOMAS BEATTY, as,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA N.A., a Delaware Corporation; RECONTRUST COMPANY N.A., a Delaware Corporation; RENEE FRIEDMAN, an Individual; ANGELICA ORTIZ, an Individual; MARTHA MUNOZ, an Individual; EVETTE OHANIAN, an Individual; and DOES 1 THROUGH 10 INCLUSIVE,<br><br>Defendants.<br><br>Defendants. | Case No. 2:12-cv-02245-MWF (Ex)<br><br>[Assigned to the Honorable Michael W. Fitzgerald, Dept. 1600]<br><br>**ORDER ON STIPULATION OF DISMISSAL OF ACTION**<br><br>Complaint Filed:   March 16, 2012<br>Trial Date:          Not Assigned |

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401-2386

SM01DOCS\917884.1

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL

1        The Stipulation of Dismissal of Action Pursuant to Federal Rule of Civil

2   Procedure 41(a)(1)(A)(ii) between Plaintiffs Delora and Thomas Beatty

3   ("Plaintiffs"), on the one hand, and defendants Bank of America, N.A., ReconTrust

4   Company, N.A., Mortgage Electronic Registration Systems, Inc., Renee Friedman,

5   and Martha Munoz ("Defendants"), on the other hand, was filed on August 6, 2012.

6        Having read and considered the Stipulation, the Court ORDERS that the

7   above-referenced action is dismissed in its entirety without prejudice.

8        IT IS SO ORDERED.

9

10   DATED:  August 7, 2012   _____

11                        U.S. DISTRICT COURT JUDGE

HONORABLE MICHAEL W.

12                        FITZGERALD

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California  90401-2386

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL